1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  ENTREPRENEUR LAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   RICHARD CHANG
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 **Richard Chang,** an individual,

12                Plaintiff,                Case No. 5:14-cv-00426-EJD

13       v.                                 **PLAINTIFF RICHARD CHANG'S
                                            NOTICE OF CHANGE OF ADDRESS
14 **Zheng Tao Han**, and individual; **Chi-Ming    FOR COUNSEL**
   Wu a/k/a Fred Wu**, and individual,
15 **Biosuccess Biotech, Co., Ltd.**, a Cayman
   Islands corporation, and **Biosuccess Biotech,
16 Co., Ltd.**, a Nevada corporation,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28
   Notice of Address Change                      Case No. 5:14-cv-00426-EJD

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to Local Rule 3-11(a) of this Court, PLEASE TAKE NOTICE that the firm

3  information for Jack Russo (Cal. Bar No. 96068) and Christopher Joseph Sargent (Cal. Bar No.

4  246285), counsel for Plaintiff Richard Chang, has recently changed.

5      OLD FIRM:    COMPUTERLAW GROUP LLP
6                            401 Florence Street
                          Palo Alto, CA 94301
7
    NEW FIRM:    ENTREPRENEUR LAW GROUP LLP
8                            401 Florence Street
                          Palo Alto, CA 94301
9

10     The address, telephone number, fax number, and e-mail addresses for Messrs. Russo and

11 Sargent remains unchanged.

12

13 Dated: March 13, 2014                            COMPUTERLAW GROUP LLP

14                                                             By: /s/ Christopher Sargent
15                                                              Jack Russo
                                                              Christopher Sargent
16
                                                             Attorneys for Plaintiff
17                                                             RICHARD CHANG

18

19

20

21

22

23

24

25

26

27

28

Entrepreneur Law Group LLP
www.computerlaw.com[sm]