1
LEE TRAN & LIANG LLP
  Enoch H. Liang (SBN 212324)
2
enoch.liang@ ltlattorneys.com
  Heather F. Auyang (SBN 191776)
3
heather.auyang@ltlattorneys.com
  Lisa J. Chin (SBN 259793)
4
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
5
Los Angeles, CA 90017
Telephone: (213) 612-8900
6
Facsimile: (213) 612-3773

7
Attorneys for Defendant
Biosuccess Biotech, Co., Ltd.

8

9
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11
RICHARD L. CHANG,

12
         Plaintiff,

13
     v.

14
ZHENG TAO HAN, an individual; CHI-MING
WU a/k/a/ FRED WU, an individual;
15
BIOSUCCESS BIOTECH, CO., LTD., a Cayman
Islands corporation; BIOSUCCESS BIOTECH,
16
CO., LTD., a Nevada corporation, and DOES 1
through 50, inclusive.

17
         Defendants.

18

19

Case No.: 5:14-CV-00426-EJD

**[PROPOSED]** **ORDER GRANTING**
**DEFENDANTS'** *EX PARTE*
**APPLICATION TO ADVANCE THE**
**HEARING DATE ON DEFENDANTS'**
**MOTION TO TRANSFER VENUE TO**
**CENTRAL DISTRICT OF**
**CALIFORNIA** ~~UP TO MAY 23, 2014~~

20

21

22

23

24

25

26

27

28

1   | **[PROPOSED]** ORDER GRANTING

2   | **FOUR DEFENDANTS' EX PARTE APPLICATION TO ADVANCE HEARING**

3   | **DATE ON MOTION TO TRANSFER VENUE TO MAY 23, 2014**

4

5   | Having considered the 4 Defendants' *Ex Parte* Application to advance the hearing date on

6   | their Motion to Transfer Venue to the Central District of California up to May 23, 2014, the

7   | supporting declarations and evidence offered in support thereof, the argument of counsel, and all

8   | other matters properly before the Court, and for good cause appearing:

9   | It is **HEREBY ORDERED** that the hearing on Defendants' Motion to Transfer Venue to

10  | the Central District of California (Dkt No. 33) is advanced from July 18, 2014 to June 6, 2014,

11  | at 9:00 a.m. The Case Management Conference is CONTINUED from May 23, 2014,

12  | to June 6, 2014, at 10:00 a.m.

13  | Plaintiff's Opposition to Defendants' Motion to Transfer Venue (if any) shall be filed on or

14  | before May 21, 2014.

15  | [Defendants' Reply in support of their Motion to Transfer Venue (if any) shall be filed on

16  | or before May 28, 2014.

17

18  | Dated: May 9, 2014        By: _____

19  |                               Hon. Edward J. Davila

20  |                               U.S. District Court Judge

21

22

23

24

25

26

27

28

1

**[PROPOSED]** ORDER