UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CHANG, <br><br>   Plaintiff, <br><br> v. <br><br> ZHENG TAO HAN, an individual; CHI-MING WU a/k/a/ FRED WU, an individual; BIOSUCCESS BIOTECH CO., LTD., a Cayman Islands corporation; BIOSUCCESS BIOTECH CO., LTD., a Nevada corporation; and DOES 1-50, inclusive, <br><br>   Defendant. | Case No.: 5:14-CV-00426-EJD <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on May 23, 2014. In light of the pending Motion to Transfer, <u>see</u> Docket Item No. 33, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendants' Motion to Transfer.

**IT IS SO ORDERED**

Dated: May 19, 2014

*[signature]*
EDWARD J. DAVILA
United States District Judge
