LEE TRAN & LIANG LLP
  Enoch H. Liang (SBN 212324)
enoch.liang@ ltlattorneys.com
  Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
  Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD L. CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZHENG TAO HAN, an individual; CHI-MING WU a/k/a/ FRED WU, an individual; BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands corporation; BIOSUCCESS BIOTECH, CO., LTD., a Nevada corporation, and DOES 1 through 50, inclusive.<br><br>　　　　Defendants. | Case No.: 5:14-CV-00426-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **MOTION FOR ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS [Dkt No. 35] IN LIGHT OF THE JUNE 6, 2014 HEARING ON MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION FOR ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS [Dkt No. 35] IN LIGHT OF THE JUNE 6, 2014 HEARING ON MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

Having considered the 4 Defendants' *Ex Parte* Application to set a briefing schedule on Plaintiff's motion to dismiss counterclaims [Dkt No. 35], the supporting declarations and evidence offered in support thereof, the argument of counsel, and all other matters properly before the Court, and for good cause appearing:

It is **HEREBY ORDERED** that:

- If this case is transferred to the Central District of California: Plaintiff's motion to dismiss Defendants' Counterclaims [Dkt No. 35] is taken off calendar and transferred to the Central District.

- If this case is not transferred to the Central District of California: then the following briefing schedule shall be in effect:
    - Defendants' Opposition to Plaintiff's motion to dismiss or Defendants' Amended Counterclaims: Shall be filed and served within 7 days of the Court's decision denying transfer to the Central District of California.
    - Plaintiff's Reply in support of motion to dismiss (if necessary): Shall be filed and served within 7 days of the Defendants' Opposition.
    - The hearing (if necessary) on Plaintiff's motion to dismiss [Dkt No. 35] shall remain on July 18, 2014.

Dated: _____    By: _____
                                      Hon. Edward J. Davila
                                      U.S. District Court Judge