1 | Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
2 | ENTREPRENEURLAW GROUP LLP
401 Florence Street
3 | Palo Alto, CA 94301
(650) 327-9800
4 | (650) 618-1863 fax
jrusso@computerlaw.com
5 | csargent@computerlaw.com

6 | Attorneys for Plaintiff
RICHARD L. CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Richard L. Chang,** an individual,

    Plaintiff,

  v.

**Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual;

    Defendants.

Case No. 5:14-cv-00426-EJD

**PLAINTIFF RICHARD L. CHANG'S REQUEST FOR JUDICIAL NOTICE**

Hearing Date: June 6, 2014
Time: 9:00 a.m.
Judge: Hon. Edward J. Davila
Courtroom: 4, 5th Floor

EntrepreneurLaw Group LLP
www.computerlaw.com℠

1  Pursuant to the Federal Rules of Evidence, Rule 201, Plaintiff Richard L. Chang
2  respectfully requests that the Court take judicial notice of four attached documents:
3
4  1. **Exhibit 1**: Defendant Biosuccess Biotech, Co., Ltd.'s Answer to Plaintiff's Complaint,
5     Affirmative Defenses and Counterclaims (Dkt. 26, filed July 8, 2013)
6  2. **Exhibit 2**: Order setting the trial date in (Dkt. 101, filed January 28, 2014)
7  3. **Exhibit 3**: Defendant Biosuccess Biotech, Co., Ltd.'s First Amended Answer to
8     Plaintiff's Complaint, Affirmative Defenses and Counterclaims, filed on July 31, 2013
9     (Dkt. 30, filed July 31, 2013)
10 4. **Exhibit 4**: Biosuccess' Answer to Plaintiff's Conditional Counterclaims and Affirmative
11    Defenses filed on October 15, 2013 (Dkt. 37)
12
13 All four documents are filings in *Richard L. Chang v. Biosuccess Biotech, Co., Ltd., et
14 al.,* Case No. 2:13-cv-01340-JAK (ANx), a case before District Judge John A. Kronstadt in the
15 United States District Court for the Central District of California.
16
17                                              Respectfully submitted,
18
19 Dated: May 21, 2014                          COMPUTERLAW GROUP LLP
20                                              By:   /s/ Christopher Sargent
                                                    Jack Russo
21                                                  Christopher Sargent
22                                                  Attorneys for
                                                    Plaintiff Richard L. Chang
23