Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
RICHARD L. CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard L. Chang,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual;<br><br>Defendants. | Case No. 5:14-cv-00426-EJD<br><br>**[PROPOSED] ORDER DENYING MOTION TO TRANSFER**<br><br>Hearing Date: June 6, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

## ORDER

Defendant Biosuccess Biotech, Co., Ltd.'s Motion to Transfer (Dkt. 33) is **DENIED**.

Dated: _____, 2014     By: _____

                                                            Hon. Edward J. Davila

**Computerlaw Group LLP**
www.computerlaw.com[sm]