1  LEE TRAN & LIANG LLP
     Enoch H. Liang (SBN 212324)
2  enoch.liang@ ltlattorneys.com
     Heather F. Auyang (SBN 191776)
3  heather.auyang@ltlattorneys.com
     Lisa J. Chin (SBN 259793)
4  lisa.chin@ltlattorneys.com
   601 S. Figueroa Street, Suite 3900
5  Los Angeles, CA 90017
   Telephone: (213) 612-8900
6  Facsimile: (213) 612-3773

7  Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ZHENG TAO HAN, an individual; CHI-MING WU a/k/a/ FRED WU, an individual; BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands corporation; BIOSUCCESS BIOTECH, CO., LTD., a Nevada corporation, and DOES 1 through 50, inclusive.<br><br>　　Defendants. | Case No.: 5:14-CV-00426-EJD<br><br>**DEFENDANTS' NOTICE OF INTENT TO FILE FIRST AMENDED COUNTERCLAIMS BY MAY 29, 2014**<br><br>[Pursuant to F.R.C.P. 15]<br><br>Ctrm: 4-5TH Floor<br>Honorable Edward J. Davila |

| | |
|---|---|
| 1 | **DEFENDANTS' NOTICE** |
| 2 | On May 8, 2014, Plaintiff filed/served a 12(b)(6) motion to dismiss Defendants' |
| 3 | counterclaims. [*See* Dkt No. 35]. On May 22, 2014, the Court denied Defendants' ex parte |
| 4 | motion to set a briefing schedule and maintained a briefing schedule where Defendants' |
| 5 | Opposition to Plaintiff's 12(b)(6) motion is due on May 22. [*See* Dkt No. 48]. |
| 6 | Pursuant to F.R.C.P. 15(a)(1)(B), Defendants have 21 days from the filing/service of |
| 7 | Plaintiff's 12(b)(6) motion to dismiss to file amended counterclaims. Therefore, please take notice |
| 8 | that Defendants intend to file their First Amended Counterclaims by no later than Thursday, May |
| 9 | 29, 2014. |

Dated: May 22, 2014

**LEE TRAN & LIANG LLP**

By: /s/ Enoch H. Liang
Enoch H. Liang
Attorneys for Defendants